UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUZANNA CULPEPPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW PLYMOUTH, a political subdivision of the State of Idaho,<br><br>Defendant. | Case No. 1:26-cv-00340-DCN<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Plaintiff's Motion to Protect and Redact Residential Address. Dkt. 8 (the "Motion"). In her Motion, Plaintiff asks the Court to: (1) remove her residential street address from publicly accessible party information in CM/ECF and PACER; (2) replace her mailing address with a P.O. Box; (3) redact her residential street address from publicly accessible filings or allow her to submit replacement public versions showing only city and state; and (4) direct other relief necessary to prevent continued remote display of Plaintiff's residential address. *Id.* at 1. Plaintiff states that redaction is necessary because she has experienced harassment and public backlash after filing a related administrative discrimination complaint arising from the same employment dispute that is the subject of her Complaint. Dkt. 8-1, at 1. Plaintiff and her husband are concerned about retaliation, privacy, and household safety. *Id.* Defendant City of New Plymouth does not oppose the

Motion. Dkt. 13.

To protect the personal and privacy of individuals while promoting electronic access to case files, personal data identifiers may not be included or must be redacted in all pleadings and exhibits, including "[h]ome addresses. Only the city and state should be identified." District Local Civil Rule 5.5(a)(5). If personal data identifiers must be included in the filing, the document should be filed under seal. *Id.* at 5.5(b).

The Clerk has already removed Plaintiff's residential address and replaced Plaintiff's mailing address with a P.O. Box provided by Plaintiff. Dkt. 7. Thus, those parts of her Motion are moot. The Court has no control over third-party sources that publish publicly available filings and party information and cannot afford Plaintiff further relief as to those public sources.

When Plaintiff initiated this action, she used her residential address in several public filings, including on the mailing envelope she used to file the present Motion. The Court will not use its resources to monitor this issue going forward, but it will direct the Clerk to redact or seal documents currently on the docket that contain Plaintiff's residential address. The Parties are responsible for ensuring their filings comply with Local Civil Rule 5.5.

Now, therefore, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Protect and Redact Residential Address (Dkt. 8) is GRANTED.
2. The Clerk is directed to redact or seal documents containing Plaintiff's residential street address that are currently on the docket.

3. Going forward, the Parties are responsible for ensuring their filings comply with Local Civil Rule 5.5.

DATED: October 1, 2026

David C. Nye
U.S. District Court Judge